DOMINICK GAVEN, Respondent, v. HENRY DOPMAN and
AUGUSTUS HELLWIG, Appellants.

Where the instructions of the Court, though incorrect in law, are all in favor of
the defendant, he cannot complain of the error.

A new trial on the ground of newly discovered evidence should not be granted
where such evidence is merely cumulative, and is that of a witness whose de-
position was used on the trial, and particularly where the verdict shows that
the jury disbelieved his first statement.

APPEAL from the Superior Court of the city of San Francisco.

*Saunders & Booraem* and *Geo. C. Bates,* for Appellants.

*Crockett & Page.* for Respondent.

No authorities were cited by counsel.

MURRAY, C. J., delivered the opinion of the Court. HEYDENFELDT,
J., concurred.

This was an action of ejectment in the Court below. The testimony
was conflicting, and the jury found for the plaintiff. The instructions
of the Court if incorrect in law are all in favor of the defendant, and he
cannot complain of the error. The fifth instruction asked for by the
plaintiff, and given by the Court, is somewhat ambiguous, but from our
understanding of its meaning, we are not prepared to say that it was
erroneous, and we do not see how it could have prejudiced the interests
of the defendant.

The Court properly refused the motion for a new trial on the affidavit
of Conway. It sets out facts entirely cumulative, and it would be
a dangerous practice to admit a witness whose deposition has
already been used on the trial, to come in after a verdict and patch up
his testimony, particularly where the verdict shows that the jury disbe-
lieved his first statement. It is reasonable to believe that he disclosed
at least all he knew in his first deposition, and no greater latitude
should be allowed in such a case, than there would be, had the witness
been actually present and examined on the trial.

Judgment affirmed.